UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY IMPERIAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>　　　　　Defendant. | No. 2:21-cv-00108-JAM-AC PS<br><br><br>ORDER |

　　　On January 26, 2021, defendant filed a motion to dismiss for lack of jurisdiction to be heard on February 24, 2021, 2021.  ECF 21.  Plaintiff did not file an opposition or statement of non-opposition.

　　　The court is concerned that plaintiff has abandoned this case.  Good cause appearing, it is hereby ORDERED that plaintiff shall show cause, in writing, within 14 days, why his failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED:  February 22, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE