UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY IMPERIAL,

    Plaintiff,

    v.

DEPARTMENT OF VETERANS AFFAIRS, et al.,

    Defendants.

No. 2:21-cv-00108 JAM AC PS

ORDER

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On March 10, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 8. Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed March 10, 2021, are adopted in full; and

    2. This action is dismissed, without prejudice, for lack of prosecution and for failure to

1 | comply with the court's order. See Fed. R. Civ. P. 41(b); Local Rule 110.

DATED: April 26, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2